JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWANJIT SINGH SIDHU,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>                    Defendants. | CIVIL No. 06-F-1548 OWW-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, MOHAMED SALEM AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 37272667 |

PLEASE TAKE NOTICE:

That PLAINTIFF, PAWANJIT SINGH SIDHU, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff, PAWANJIT SINGH SIDHU, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 15, 2006 | _____/s/ JAMES M. MAKASIAN_____ |
| | JAMES M. MAKASIAN |
| | Attorney for Plaintiffs |

It is so ordered.

| | |
|---|---|
| 12/19/06 | /s/ Oliver W. Wanger |
| Dated: _____ | _____ |
| | UNITED STATES DISTRICT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com