JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAWANJIT SINGH SIDHU,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services

    Defendants.

CIVIL No. 06-F-1548 OWW-SMS

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, PAWANJIT SINGH SIDHU AND ORDER

Rule 41(a)(1)

CIS No.: A 37272667

PLEASE TAKE NOTICE:

That PLAINTIFF, PAWANJIT SINGH SIDHU, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff, PAWANJIT SINGH SIDHU, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

PDF created with pdfFactory trial version www.pdffactory.com

1

2   Dated: December 15, 2006                    _____/s/ JAMES M. MAKASIAN_____
                                                                JAMES M. MAKASIAN
3                                                                Attorney for Plaintiffs

4

5        It is so ordered.

6
              12/19/06                                /s/ Oliver W. Wanger
7   Dated: _____          _____
                                                   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com